USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1383 STEPHEN C. TWOMEY, Petitioner, Appellant, v. UNITED STATES OF AMERICA, Respondent, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Douglas P. Woodlock, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Boudin and Lynch, Circuit Judges. ______________ ____________________ Paul Twomey and Twomey & Sisti Law Offices on brief for ____________ _______________________________ appellant. Donald K. Stern, United States Attorney, and Timothy Q. Feeley, _______________ __________________ Assistant United States Attorney, on brief for appellee. ____________________ October 28, 1996 ____________________ -2- Per Curiam. Stephen T. Twomey appeals from the ___________ district court's dismissal of his petition pursuant to 28 U.S.C. 2255. We summarily affirm for essentially the _________ ______ reasons stated by the district court. See United States v. ___ ______________ Blais, No. 95-1093, slip op. (1st Cir. August 28, 1996). _____ Appellant's 2255 petition is denied. See Loc. R. ______ ___ 27.1. -3-